```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0108--CR (JWS)
                              "USA V CARLOS LIKEE RAINEY ET AL"
                                 DEF 1.1 RAINEY, CARLOS LIKEE

                 Including terminated defendants, excluding terminated counsel
```

```
      Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
     Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
               Filed:  11/16/05
              Closed:  NO
   No. of Defendants:  11
       MJ Case Number:
                 AKA:  CARLOS LIKEE DISHON JOHNSON-RAINEY, "C," AND "CJ"
     Location status:  U.S. Custody
          Trial date:
          Terminated:  NO
    Needs interpreter: NO
    Counsel of record: None specified


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Stephan A. Collins
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   FAX 907-271-1500
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 1.1 RAINEY, CARLOS LIKEE
```

| Document  | Count | Citation and Description | Disposition |
|-----------|-------|--------------------------|-------------|
| 1 - 1 IND | 1     | 21:846 and 841(b)(1)(A) CONSPIRACY IN RELATION TO COCAINE AND METHAMPHETAMINE TRAFICKING (F) | Pending |
| 1 - 1 IND | 2     | 21:841(a)(1) and 841(b)(1)(C) DISTRIBUTION OF COCAINE (F) | Pending |
| 1 - 1 IND | 3     | 21:841(a)(1) and 841(b)(1)(A) DISTRIBUTION OF METHAMPHETAMINE (F) | Pending |
| 1 - 1 IND | 4     | 21:841(a)(1) and 841(b)(1)(A) DISTRIBUTION OF METHAMPHETAMINE (F) | Pending |
| 1 - 1 IND | 5     | 21:841(a)(1) and 841(b)(1)(A) DISTRIBUTION OF METHAMPHETAMINE (F) | Pending |
| 1 - 1 IND | 6     | 21:841(a)(1) and 841(b)(1)(A) DISTRIBUTION OF METHAMPHETAMINE (F) | Pending |
| 1 - 1 IND | 7     | 21:841(a)(1) and 841(b)(1)(C) DISTRIBUTION OF COCAINE (F) | Pending |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0108--CR (JWS)
                             "USA V CARLOS LIKEE RAINEY ET AL"
                                 DEF 1.1 RAINEY, CARLOS LIKEE

                    Including terminated defendants, excluding terminated counsel


    1 -   1 IND    8       21:841(a)(1) and 841(b)(1)(B) & (C) POSSESSION        Pending
                           WITH INTENT TO DISTRIBUTE COCAINE OR
                           METHAMPHETAMINE (F)

    1 -   1 IND    9       21:841(a)(1) and 841(b)(1)(B) & (C) POSSESSION        Pending
                           WITH INTENT TO DISTRIBUTE COCAINE OR
                           METHAMPHETAMINE (F)

    1 -   1 IND   12       18:1956(a)(1)(A)(i), (a)(1)(B)(i), (a)(1)(B)(ii)      Pending
                           and 2 MONEY LAUNDERING (F)

    1 -   1 IND   13       18:1956(a)(1)(A)(i), (a)(1)(B)(i), (a)(1)(B)(ii)      Pending
                           and 2 MONEY LAUNDERING (F)

    1 -   1 IND   20       18:1956(a)(1)(A)(i), (a)(1)(B)(i), (a)(1)(B)(ii)      Pending
                           and 2 MONEY LAUNDERING (F)

    1 -   1 IND   22       18:1956(a)(1)(A)(i), (a)(1)(B)(i), (a)(1)(B)(ii)      Pending
                           and 2 MONEY LAUNDERING (F)
```

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0108--CR (JWS)
                                "USA V CARLOS LIKEE RAINEY ET AL"
                                   DEF 2.1 RAINEY, SHANNON DAWN

                       Including terminated defendants, excluding terminated counsel


    Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed:  11/16/05
            Closed:  NO
 No. of Defendants:  11
    MJ Case Number:
               AKA:  SHANNON JACKSON, AKA SHANNON HICKS
   Location status:  Released on Bond
        Trial date:
        Terminated:  NO
 Needs interpreter:  NO
 Counsel of record:  None specified


 PLF 1.1 UNITED STATES OF AMERICA

 Counsel of record: Stephan A. Collins
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    FAX 907-271-1500
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


 Counts re: DEF 2.1 RAINEY, SHANNON DAWN
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -  1 IND | 1 | 21:846 and 841(b)(1)(A) CONSPIRACY IN RELATION TO COCAINE AND METHAMPHETAMINE TRAFICKING (F) | Pending |
| 1 -  1 IND | 13 | 18:1956(a)(1)(A)(i), (a)(1)(B)(i), (a)(1)(B)(ii) and 2 MONEY LAUNDERING (F) | Pending |
| 1 -  1 IND | 14 | 18:1956(a)(1)(A)(i), (a)(1)(B)(i), (a)(1)(B)(ii) and 2 MONEY LAUNDERING (F) | Pending |
| 1 -  1 IND | 15 | 18:1956(a)(1)(A)(i), (a)(1)(B)(i), (a)(1)(B)(ii) and 2  MONEY LAUNDERING (F) | Pending |
| 1 -  1 IND | 16 | 18:1956(a)(1)(A)(i), (a)(1)(B)(i), (a)(1)(B)(ii) and 2  MONEY LAUNDERING (F) | Pending |
| 1 -  1 IND | 17 | 18:1956(a)(1)(A)(i), (a)(1)(B)(i), (a)(1)(B)(ii) and 2  MONEY LAUNDERING (F) | Pending |
| 1 -  1 IND | 18 | 18:1956(a)(1)(A)(i), (a)(1)(B)(i), (a)(1)(B)(ii) and 2  MONEY LAUNDERING (F) | Pending |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0108--CR (JWS)
                            "USA V CARLOS LIKEE RAINEY ET AL"
                               DEF 2.1 RAINEY, SHANNON DAWN

                  Including terminated defendants, excluding terminated counsel


    1 -    1 IND    19      18:1956(a)(1)(A)(i), (a)(1)(B)(i), (a)(1)(B)(ii)     Pending
                            and 2  MONEY LAUNDERING (F)

    1 -    1 IND    21      18:1956(a)(1)(A)(i), (a)(1)(B)(i), (a)(1)(B)(ii)     Pending
                            and 2 MONEY LAUNDERING (F)
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0108--CR (JWS)
                           "USA V CARLOS LIKEE RAINEY ET AL"
                                DEF 3.1 TOLBERT, D'ANDRE

              Including terminated defendants, excluding terminated counsel


   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
            Filed:  11/16/05
           Closed:  NO
No. of Defendants:  11
   MJ Case Number:
              AKA:  DRE
  Location status:  U.S. Custody
       Trial date:
       Terminated:  NO
Needs interpreter:  NO
Counsel of record:  Thomas Burke Wonnell
                   2600 Denali Street, Suite 460
                   Anchorage, AK 99501
                   907-276-8008
                   FAX 907-278-8571
                   Serve: YES
                    Type: CJA
                    Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record:  Stephan A. Collins
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    FAX 907-271-1500
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial



Counts re: DEF 3.1 TOLBERT, D'ANDRE

Document            Count      Citation and Description                              Disposition
─────────           ─────      ────────────────────────                              ───────────
    1 -    1 IND      1        21:846 and 841(b)(1)(A) CONSPIRACY IN RELATION TO     Pending
                               COCAINE AND METHAMPHETAMINE TRAFICKING (F)

    1 -    1 IND      3        21:841(a)(1) and 841(b)(1)(A)  DISTRIBUTION OF        Pending
                               METHAMPHETAMINE (F)

    1 -    1 IND      4        21:841(a)(1) and 841(b)(1)(A) DISTRIBUTION OF         Pending
                               METHAMPHETAMINE (F)

    1 -    1 IND      7        21:841(a)(1) and 841(b)(1)(C) DISTRIBUTION OF         Pending
                               COCAINE (F)

    1 -    1 IND     22        18:1956(a)(1)(A)(i), (a)(1)(B)(i), (a)(1)(B)(ii)      Pending
                               and 2 MONEY LAUNDERING (F)
```

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
            CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0108--CR (JWS)
                         "USA V CARLOS LIKEE RAINEY ET AL"
                              DEF 4.1 STEVENS, DAMON

              Including terminated defendants, excluding terminated counsel


    Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed:  11/16/05
            Closed:  NO
 No. of Defendants:  11
    MJ Case Number:
               AKA:  D'MO
   Location status:  U.S. Custody
        Trial date:
        Terminated:  NO
  Needs interpreter: NO
  Counsel of record: None specified


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Stephan A. Collins
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   FAX 907-271-1500
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 4.1 STEVENS, DAMON

Document            Count       Citation and Description                         Disposition
--------            -----       ------------------------                         -----------
    1 -    1 IND      1         21:846 and 841(b)(1)(A) CONSPIRACY IN RELATION TO   Pending
                                COCAINE AND METHAMPHETAMINE TRAFICKING (F)

    1 -    1 IND     12         18:1956(a)(1)(A)(i), (a)(1)(B)(i), (a)(1)(B)(ii)   Pending
                                and 2 MONEY LAUNDERING (F)

    1 -    1 IND     22         18:1956(a)(1)(A)(i), (a)(1)(B)(i), (a)(1)(B)(ii)   Pending
                                and 2 MONEY LAUNDERING (F)
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0108--CR (JWS)
                          "USA V CARLOS LIKEE RAINEY ET AL"
                          DEF 5.1 MCKINNON, RICHARD JAMES

                Including terminated defendants, excluding terminated counsel


   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 11/16/05
            Closed: NO
No. of Defendants: 11
    MJ Case Number:
               AKA:
   Location status: U.S. Custody
        Trial date: 01/25/06
        Terminated: NO
 Needs interpreter: NO
 Counsel of record: Michael D. Dieni
                    Federal Public Defender
                    550 W. 7th Avenue, Suite 1600
                    Anchorage, AK 99501
                    907-646-3400
                    FAX 907-646-3480
                    Serve: YES
                     Type: FPD
                     Role: Pretrial/Trial


  PLF 1.1 UNITED STATES OF AMERICA

  Counsel of record: Stephan A. Collins
                     U.S. Attorney's Office
                     222 W. 7th Avenue, #9
                     Anchorage, AK 99513-7567
                     907-271-5071
                     FAX 907-271-1500
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial



Counts re: DEF 5.1 MCKINNON, RICHARD JAMES

Document            Count    Citation and Description                              Disposition
_____            _____    _____                              _____

   1 -   1 IND        1      21:846 and 841(b)(1)(A) CONSPIRACY IN RELATION TO     Pending
                             COCAINE AND METHAMPHETAMINE TRAFICKING (F)

   1 -   1 IND        2      21:841(a)(1) and 841(b)(1)(C) DISTRIBUTION OF         Pending
                             COCAINE (F)

   1 -   1 IND        3      21:841(a)(1) and 841(b)(1)(A)  DISTRIBUTION OF        Pending
                             METHAMPHETAMINE (F)

   1 -   1 IND        4      21:841(a)(1) and 841(b)(1)(A) DISTRIBUTION OF         Pending
                             METHAMPHETAMINE (F)
```

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
            CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0108--CR (JWS)
                      "USA V CARLOS LIKEE RAINEY ET AL"
                         DEF 6.1 PLUID, JOSHUA PRICE

              Including terminated defendants, excluding terminated counsel


    Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed: 11/16/05
             Closed: NO
 No. of Defendants: 11
    MJ Case Number:
                AKA:
    Location status: U.S. Custody
         Trial date: 01/25/06
         Terminated: NO
  Needs interpreter: NO
  Counsel of record: David R. Weber
                    Vasquez & Weber PC
                    943 W. 6th Avenue, Suite 132
                    Anchorage, AK 99501
                    907-279-9122
                    FAX 907-279-9123
                    Serve: YES
                     Type: CJA
                     Role: Pretrial/Trial


 PLF 1.1 UNITED STATES OF AMERICA

 Counsel of record: Stephan A. Collins
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513-7567
                    907-271-5071
                    FAX 907-271-1500
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


 Counts re: DEF 6.1 PLUID, JOSHUA PRICE

 Document           Count    Citation and Description                         Disposition
 ─────────          ─────    ────────────────────────                         ───────────
     1 -   1 IND      1      21:846 and 841(b)(1)(A) CONSPIRACY IN RELATION TO  Pending
                             COCAINE AND METHAMPHETAMINE TRAFICKING (F)

     1 -   1 IND      5      21:841(a)(1) and 841(b)(1)(A) DISTRIBUTION OF      Pending
                             METHAMPHETAMINE (F)

     1 -   1 IND      6      21:841(a)(1) and 841(b)(1)(A) DISTRIBUTION OF      Pending
                             METHAMPHETAMINE (F)

     1 -   1 IND      8      21:841(a)(1) and 841(b)(1)(B) & (C) POSSESSION     Pending
                             WITH INTENT TO DISTRIBUTE COCAINE OR
                             METHAMPHETAMINE (F)
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0108--CR (JWS)
                        "USA V CARLOS LIKEE RAINEY ET AL"
                           DEF 6.1 PLUID, JOSHUA PRICE

              Including terminated defendants, excluding terminated counsel


    1 -   1 IND   10      18:924(c)(1)(A)(i) & (ii) and (C)(i) USING OR         Pending
                          CARRYING A FIREARM DURING AND IN RELATION TO DRUG
                          TRAFFICKING CRIME (F)

    1 -   1 IND   11      18:924(c)(1)(A)(i) & (ii) and (C)(i) USING OR         Pending
                          CARRYING A FIREARM DURING AND IN RELATION TO DRUG
                          TRAFFICKING CRIME (F)
```

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0108--CR (JWS)
                                "USA V CARLOS LIKEE RAINEY ET AL"
                                  DEF 7.1 CALLAN, KRISTA ANN

                     Including terminated defendants, excluding terminated counsel


      Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
     Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
                Filed: 11/16/05
               Closed: NO
   No. of Defendants: 11
       MJ Case Number:
                  AKA:
      Location status: U.S. Custody
           Trial date: 01/25/06
           Terminated: NO
    Needs interpreter: NO
    Counsel of record: Lance C. Wells
                       733 W. 4th Avenue, Suite 308
                       Anchorage, AK 99501
                       907-274-9696
                       FAX 907-277-9859
                       Serve: YES
                        Type: CJA
                        Role: Pretrial/Trial


   PLF 1.1 UNITED STATES OF AMERICA

   Counsel of record: Stephan A. Collins
                      U.S. Attorney's Office
                      222 W. 7th Avenue, #9
                      Anchorage, AK 99513-7567
                      907-271-5071
                      FAX 907-271-1500
                      Serve: YES
                       Type: Not specified
                       Role: Pretrial/Trial



   Counts re: DEF 7.1 CALLAN, KRISTA ANN

   Document            Count     Citation and Description                              Disposition
   _____            _____     _____                              _____
     1 -    1 IND        1       21:846 and 841(b)(1)(A) CONSPIRACY IN RELATION TO     Pending
                                 COCAINE AND METHAMPHETAMINE TRAFICKING (F)
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0108--CR (JWS)
                        "USA V CARLOS LIKEE RAINEY ET AL"
                             DEF 8.1 BOOKER, ALEXANDER

               Including terminated defendants, excluding terminated counsel


      Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
     Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
               Filed:  11/16/05
              Closed:  NO
  No. of Defendants:  11
      MJ Case Number:
                 AKA:
     Location status:  U.S. Custody
          Trial date:  01/25/06
          Terminated:  NO
   Needs interpreter:  NO
    Counsel of record: John C. Pharr
                       Law Offices of John C. Pharr
                       733 W. 4th Avenue, Suite 308
                       Anchorage, AK 99501-2103
                       907-272-2525
                       FAX 907-277-9859
                       Serve: YES
                        Type: CJA
                        Role: Pretrial/Trial


  PLF 1.1 UNITED STATES OF AMERICA

  Counsel of record: Stephan A. Collins
                     U.S. Attorney's Office
                     222 W. 7th Avenue, #9
                     Anchorage, AK 99513-7567
                     907-271-5071
                     FAX 907-271-1500
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial


  Counts re: DEF 8.1 BOOKER, ALEXANDER

  Document         Count    Citation and Description                              Disposition
  _____         _____    _____                              _____

    1 -   1 IND      1      21:846 and 841(b)(1)(A) CONSPIRACY IN RELATION TO     Pending
                            COCAINE AND METHAMPHETAMINE TRAFICKING (F)

    1 -   1 IND      9      21:841(a)(1) and 841(b)(1)(B) & (C) POSSESSION        Pending
                            WITH INTENT TO DISTRIBUTE COCAINE OR
                            METHAMPHETAMINE (F)

    1 -   1 IND     14      18:1956(a)(1)(A)(i), (a)(1)(B)(i), (a)(1)(B)(ii)      Pending
                            and 2 MONEY LAUNDERING (F)

    1 -   1 IND     15      18:1956(a)(1)(A)(i), (a)(1)(B)(i), (a)(1)(B)(ii)      Pending
                            and 2  MONEY LAUNDERING (F)
```

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0108--CR (JWS)
                              "USA V CARLOS LIKEE RAINEY ET AL"
                                  DEF 8.1 BOOKER, ALEXANDER

              Including terminated defendants, excluding terminated counsel


    1 -    1 IND    16      18:1956(a)(1)(A)(i), (a)(1)(B)(i), (a)(1)(B)(ii)    Pending
                            and 2  MONEY LAUNDERING (F)

    1 -    1 IND    17      18:1956(a)(1)(A)(i), (a)(1)(B)(i), (a)(1)(B)(ii)    Pending
                            and 2  MONEY LAUNDERING (F)

    1 -    1 IND    18      18:1956(a)(1)(A)(i), (a)(1)(B)(i), (a)(1)(B)(ii)    Pending
                            and 2  MONEY LAUNDERING (F)

    1 -    1 IND    19      18:1956(a)(1)(A)(i), (a)(1)(B)(i), (a)(1)(B)(ii)    Pending
                            and 2  MONEY LAUNDERING (F)

    1 -    1 IND    20      18:1956(a)(1)(A)(i), (a)(1)(B)(i), (a)(1)(B)(ii)    Pending
                            and 2 MONEY LAUNDERING (F)

    1 -    1 IND    21      18:1956(a)(1)(A)(i), (a)(1)(B)(i), (a)(1)(B)(ii)    Pending
                            and 2 MONEY LAUNDERING (F)
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0108--CR (JWS)
                          "USA V CARLOS LIKEE RAINEY ET AL"
                             DEF 9.1 MARTINEZ, ALFREDO

            Including terminated defendants, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 11/16/05
            Closed: NO
No. of Defendants: 11
    MJ Case Number:
               AKA: SPIKE
   Location status: U.S. Custody
        Trial date:
        Terminated: NO
 Needs interpreter: NO
 Counsel of record: None specified


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Stephan A. Collins
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   FAX 907-271-1500
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 9.1 MARTINEZ, ALFREDO
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -   1 IND | 1 | 21:846 and 841(b)(1)(A) CONSPIRACY IN RELATION TO COCAINE AND METHAMPHETAMINE TRAFICKING (F) | Pending |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0108--CR (JWS)
                          "USA V CARLOS LIKEE RAINEY ET AL"
                              DEF 10.1 MARTINEZ, FRANCISCO

               Including terminated defendants, excluding terminated counsel


      Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
      Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
               Filed: 11/16/05
              Closed: NO
  No. of Defendants: 11
     MJ Case Number:
                AKA: MONEY
    Location status: Fugitive
         Trial date:
         Terminated: NO
   Needs interpreter: NO
   Counsel of record: None specified


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Stephan A. Collins
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   FAX 907-271-1500
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 10.1 MARTINEZ, FRANCISCO

Document            Count    Citation and Description                                Disposition
─────────           ─────    ────────────────────────                                ───────────
    1 -   1 IND       1      21:846 and 841(b)(1)(A) CONSPIRACY IN RELATION TO       Pending
                             COCAINE AND METHAMPHETAMINE TRAFICKING (F)

    1 -   1 IND      22      18:1956(a)(1)(A)(i), (a)(1)(B)(i), (a)(1)(B)(ii)        Pending
                             and 2 MONEY LAUNDERING (F)
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0108--CR (JWS)
                              "USA V CARLOS LIKEE RAINEY ET AL"
                                    DEF 11.1 HERNANDEZ, ISAI

                    Including terminated defendants, excluding terminated counsel


     Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
    Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed:  11/16/05
             Closed:  NO
  No. of Defendants:  11
     MJ Case Number:
                AKA:
    Location status:  U.S. Custody
         Trial date:
         Terminated:  NO
  Needs interpreter:  NO
  Counsel of record:  None specified


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Stephan A. Collins
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   FAX 907-271-1500
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 11.1 HERNANDEZ, ISAI

Document           Count      Citation and Description                              Disposition
─────────          ─────      ────────────────────────                              ───────────
   1 -    1 IND     1         21:846 and 841(b)(1)(A) CONSPIRACY IN RELATION TO     Pending
                              COCAINE AND METHAMPHETAMINE TRAFICKING (F)

   1 -    1 IND    22         18:1956(a)(1)(A)(i), (a)(1)(B)(i), (a)(1)(B)(ii)      Pending
                              and 2 MONEY LAUNDERING (F)
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CRIMINAL DOCKET ENTRIES FOR CASE A05-0108--CR (JWS)
                                  "USA V CARLOS LIKEE RAINEY ET AL"

                                         For all filing dates


   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 11/16/05
            Closed: NO
No. of Defendants: 11


 Document #   Filed      Docket text

      1 -  1  11/16/05   [Re: DEF 1-11] PLF 1 Indictment.

      2 -  1  11/17/05   [Re: DEF 1-11] JDR Grand Jury Minutes re: Indt secret; warrants of
                         arrest to be iss; no bail set.

   NOTE -  1  11/18/05   [Re: DEF 5] USM Notice of Arrest; defendant arrested 11/18/05 @
                         Anchorage, AK.

   NOTE -  2  11/18/05   [Re: DEF 6] USM Notice of Arrest; defendant arrested 11/18/05 @
                         Anchorage, AK.

   NOTE -  3  11/18/05   [Re: DEF 7] USM Notice of Arrest; defendant arrested 11/18/05 @
                         Anchorage, AK.

   NOTE -  4  11/18/05   [Re: DEF 8] USM Notice of Arrest; defendant arrested 11/18/05 @
                         Anchorage, AK.

   NOTE -  5  11/18/05   Notation: Re DEFS 5-8 Proposed trial date setting for arr to USDJ.

      3 -  1  11/21/05   [Re: DEF 8] JDR Court Minutes [ECR: April Karper] re Arr on Indt (held
                         11/18/05); FPD to appt CJA cnsl, FPD notified; Cont Arr/Det Hrg set for
                         11/22/05 at 3:00 p.m.; def detained; cc: USA, FPD, USM, USPO.

      4 -  1  11/21/05   [Re: DEF 7] JDR Court Minutes [ECR: April Karper] re Arr on Indt (held
                         11/18/05); FPD to appoint CJA cnsl, FPD notified; Cont Arr/Det Hrg set
                         for 11/22/05 at 2:00 p.m.; def detained; cc: USA, FPD, USM, USPO.

      5 -  1  11/21/05   [Re: DEF 6] JDR Court Minutes [ECR: April Karper] re Arr on Indt (held
                         11/18/05); FPD to appoint CJA cnsl, FPD notified; deft pleas not guilty
                         to cts 1, 5, 6, 8, 10, and 11 of the Indt; def detained; det hrg set for
                         11/23/05 at 10:15 a.m.; meet and confer by 11/23/05, ptm's due 12/8/05;
                         TBJ set for 1/25/06 before Judge Sedwick; cc: USA, FPD, USM, USPO, JC,
                         Judge Sedwick.

      6 -  1  11/21/05   [Re: DEF 5] JDR Court Minutes [ECR: April Karper] Arr on Indt (held
                         11/18/05); M. Dieni accepted appt; deft plead not guilty to Cts 1-4 of
                         the Indt; def detained; det hrg set for 11/23/05 at 9:30 a.m.; meet and
                         confer by 11/29/05, ptm's due 12/8/05; TBJ set for 1/25/06 before Judge
                         Sedwick, FPTC set for 1/25/06 at 8:30 a.m.; cc: USA, FPD, USM, USPO, JC,
                         Judge Sedwick.

      7 -  1  11/21/05   [Re: DEF 5] Financial Affidavit.

      8 -  1  11/21/05   [Re: DEF 5] JDR Order of Detention Pending Hearing set for 11/23/05 at
                         9:30 a.m. cc: USA, FPD, USM, USPO

      9 -  1  11/21/05   [Re: DEF 5] JDR Order regarding preparation for trial re cnsl to meet &
                         confer by 11/29/05; PTM's due 12/8/05. cc: USA, FPD


ACRS: R_RDSDX                      As of 12/01/05 at 2:55 PM by GARRY                       Page 1
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A05-0108--CR (JWS)
                            "USA V CARLOS LIKEE RAINEY ET AL"

                                    For all filing dates


 Document #   Filed      Docket text

     10 -  1  11/21/05   [Re: DEF 6] Financial Affidavit.

     11 -  1  11/21/05   [Re: DEF 6] JDR Order of Detention Pending Hearing set for 11/23/05 at
                         10:15 a.m. cc: USA, D. Weber, USM, USPO

     12 -  1  11/21/05   [Re: DEF 6] JDR Order regarding preparation for trial re cnsl to meet &
                         confer by 11/23/05; PTM's due 12/8/05. cc: USA, D. Weber

     13 -  1  11/21/05   [Re: DEF 7] Financial Affidavit.

     14 -  1  11/21/05   [Re: DEF 7] JDR Order of Detention Pending Hearing set for 11/22/05 at
                         2:00 p.m. cc: USA, L. Wells, USM, USPO

     15 -  1  11/21/05   [Re: DEF 8] Financial Affidavit.

     16 -  1  11/21/05   [Re: DEF 8] JDR Order of Detention Pending Hearing set for 11/22/05 at
                         3:00 p.m. cc: USA, J. Pharr, USM, USPO

     17 -  1  11/21/05   [Re: DEF 6] CJA 20 appointment of D. Weber.

     18 -  1  11/21/05   [Re: DEF 7] CJA 20 appointment of L. Wells.

     19 -  1  11/21/05   [Re: DEF 8] CJA 20 appointment of J. Pharr.

     20 -  1  11/22/05   DEF 7 Attorney Appearance of L. Wells.

     21 -  1  11/22/05   [Re: DEF 5] PLF 1 Discovery Conf Certificate.

     22 -  1  11/22/05   [Re: DEF 2] PLF 1 Notice of arrest on 11/18/05 in Tacoma, WA.

     22A-  1  11/22/05   DEF 6 Attorney Appearance of D. Weber.

     23 -  1  11/23/05   [Re: DEF 5] JDR Court Minutes [ECR: Robin Carter] Re: det hrg (held
                         11/23/05); def oral mot to rls def to community confinement facility
                         denied. cc: USA, FPD, USM, USPO

     24 -  1  11/23/05   [Re: DEF 5] JDR Order of Detention Pending Trial. cc: USA, FPD, USM,
                         USPO

     25 -  1  11/23/05   [Re: DEF 6] JDR Court Minutes [ECR: Robin Carter] Re: det hrg (held
                         11/23/05); no application made. cc: USA, D. WEBER, USM, USPO

     26 -  1  11/23/05   [Re: DEF 6] JDR Order of Detention Pending Trial. cc: USA, D. WEBER,
                         USM, USPO

     27 -  1  11/23/05   [Re: DEF 8] JDR Court Minutes [ECR: Caroline Edmiston] Re: cont arr/det
                         hrg (held 11/22/05); not guilty to Cts 1, 9, 14-21 of the Indt; def
                         detained; ptms due 12/8/05; cnsl advised of trial date 1/25/06. cc: USA,
                         L. WELLS, USM, USPO, Judge Sedwick

     28 -  1  11/23/05   [Re: DEF 8] JDR Order of Detention Pending Trial. cc: USA, J. PHARR,
                         USM, USPO

     29 -  1  11/23/05   [Re: DEF 8] JDR Order regarding preparation for trial; meet and confer
                         11/28/05; ptms due 12/08/05. cc: USA, J. PHARR
```

```
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET ENTRIES FOR CASE A05-0108--CR (JWS)
                        "USA V CARLOS LIKEE RAINEY ET AL"

                              For all filing dates


 Document #    Filed      Docket text

    30 -   1   11/23/05   [Re: DEF 7] JDR Court Minutes [ECR: Caroline Edmiston] Re: cont arr/det
                          hrg (held 11/22/05); not guilty to Ct 1 of Indt; def detained; ptms due
                          12/8/05; cnsl advised of trial date 1/25/06. cc: USA, L. WELLS, USM,
                          USPO, Judge Sedwick

    31 -   1   11/23/05   [Re: DEF 7] JDR Order regarding preparation for trial; meet and confer
                          11/28/05; ptms due 12/8/05. cc: USA, L. WELLS

    32 -   1   11/23/05   [Re: DEF 7] JDR Order of Detention Pending Trial. cc: USA, L. WELLS,
                          USM, USPO

    33 -   1   11/23/05   [Re: DEF 2] JDR Minute Order re Arr set for 12/5/05 at 2:00 p.m. cc:
                          USA, S. Dattan, USM, USPO

    34 -   1   11/23/05   DEF 8 Attorney Appearance of J. Pharr.

    35 -   1   11/23/05   [Re: DEF 6] PLF 1 Disc Conf Certificate.

  NOTE -   6   11/29/05   Notation: RE DEF 2: Proposed Trial Date Setting for Arr to USDJ.

  NOTE -   7   11/29/05   [Re: DEF 1] USM Notice of Availability; defendant arrived in district
                          11/29/05.

  NOTE -   8   11/29/05   [Re: DEF 3] USM Notice of Availability; defendant arrived in district
                          11/29/05.

  NOTE -   9   11/29/05   [Re: DEF 4] USM Notice of Availability; defendant arrived in district
                          11/29/05.

  NOTE -  10   11/29/05   Notation: RE: DEFS 1, 3 & 4: Proposed Trial Date Setting for Arr to
                          USDJ.

    36 -   1   11/29/05   DEF 7 motion shortened time for detention hearing w/att exhs.

    37 -   1   11/29/05   [Re: DEF 5-8] JWS Minute Order setting TBJ on 1/25/06 @ 9:00 a.m. & FPTC
                          for 1/25/06 @ 8:30 a.m.. cc: USA, FPD, D. Weber, L. Wells, J. Pharr,
                          USM, USPO, MJ Roberts, JC

    38 -   1   11/30/05   [Re: DEF 7] JDR Minute Order granting motion shortened time for
                          detention hearing (36-1); det hrg set for 12/9/05 at 9:30 a.m. cc: USA,
                          L. Wells, USM, USPO

    39 -   1   11/30/05   [Re: DEF 4] JDR Court Minutes [ECR: Caroline Edmiston] RE: Arraignment
                          on Indictment (held 11/30/05); Continued Arraignment/status of
                          counsel/detention hearing set 12/02/05 at 4:15 p.m.; defendant to retain
                          hugh fleischer; defendant's oral motion to remove shackles Denied; court
                          directed Mr. McCoy to notify fleischer re hearing set. CC: USA, USM,
                          USPO, FPD.

    40 -   1   11/30/05   [Re: DEF 4] JDR Order of Detention Pending Hearing; Continued to
                          12/02/05 at 4:15 p.m.  CC: USA, USM, USPO, FPD.

    41 -   1   11/30/05   [Re: DEF 3] JDR Court Minutes [ECR: Caroline Edmiston] RE: Arraignment
                          on Indictment (held 11/30/05); Burke Wonnell CJA Appointed; Deft plead
                          Not Guilty to Counts 1,3,4,7, & 22 of the Indictment; Deft detained;
                          ptms due 12/15/05; meet and confer 12/05/05; TBJ set 02/08/06. CC: USA,
                          USM, USPO, B. Wonnell, FPD CJA Clerk, Judge Sedwick, Jury Clerk.

 ACRS: R_RDSDX               As of 12/01/05 at 2:55 PM by GARRY                         Page 3
```

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A05-0108--CR (JWS)
"USA V CARLOS LIKEE RAINEY ET AL"

For all filing dates

| Document # | Filed | Docket text |
| --- | --- | --- |