MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

FILED
DEC 0 8 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

UNITED STATES OF AMERICA       v.   RICHARD JAMES MCKINNON   (D-5)
                                    JOSHUA PRICE PLUID       (D-6)
                                    KRISTA ANN CALLAN        (D-7)
                                    ALEXANDER BOOKER         (D-8)

THE HONORABLE JOHN W. SEDWICK        CASE NO.  A05-0108 CR (JWS)

Deputy Clerk                          Official Recorder

Pam Richter

APPEARANCES:   for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

The previously set January 25, 2006, final pre-trial conference and trial by jury as to the above-named defendants are hereby **re-scheduled** to commence **Monday, February 13, 2006, at 8:30 a.m. and 9:00 a.m.**, respectively.

DATE:  December 8, 2005

ENTERED AT JUDGE'S DIRECTION
INITIALS:  prr
Deputy Clerk

A05-0108--CR (JWS)    12-8-05

✓M. DIEMI (FPD)           ─ J. PHARR
✓S. STERLING (STERLING)   ✓ US MARSHAL
✓L. WELLS                 ─ US PROBATION
                          ✓ JURY CLERK
                          ✓ MAGISTRATE JUDGE ROBERTS

74