FILED
DEC 12 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | A05-0108 CR (JWS) |
| Plaintiff, | ) | |
| vs. | ) | |
| CARLOS LEE RAINEY, a/ka Carlos Likee Dishon Johnson-Rainey, "C," and "CJ:" SHANNON DAWN RAINEY, a/k/a Shannon Hicks; D'ANDRE TOLBERT a/k/a "Dre;" DAMON STEVENS a/k/a "D'Mo;" RICHARD JAMES McKINNON; JOSHUA PRICE PLUID; KRISTA ANN CALLAN; ALEXANDER BOOKER; ALREDO MARTINEZ a/k/a "Spike;" FRANCISO MARTINEZ, a/k/a "Money;" and ISAT HERNANDEZ, | ) | |
| Defendants. | ) | **ENTRY OF APPEARANCE** |

No excludable delay is expected to occur
as a result of the filing of the present document.

Scott A. Sterling enters his appearance as counsel for defendant Joshua Pluid in the above-captioned action and requests service of all filings at Sterling & DeArmond, 851 Westpoint Drive, Suite 201, Wasilla, Alaska 99654.

Counsel consents to service by fax at (907) 376-8078.

DATED this ___ day of _Dec._, 2005 at _Wasilla_, Alaska.

Sterling & DeArmond
Counsel for Defendant
Joshua Pluid (D-6)

By:_____
Scott A. Sterling

**United States v. Rainey, et al**
No. A05-0108 CR (JWS)
Entry Of Appearance
Page 1 of 3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served by (United States Mail, first-class, postage prepaid)(fax)(delivery) on the 7<u>th</u> day of _____Dec.____, 2005 upon:

AUSA Stephan Collins
222 West 7th Avenue
Anchorage, Alaska 99513
Fax:: (907) 271-1500
Counsel for Plaintiff

Herman G. Walker, Jr.
606 E Street
Suite 203
Anchorage, Alaska 99501
Fax: (907) 258-4428
Counsel for Defendant Carlos Rainey (D-1)

D. Scott Dattan   (mail)
2600 Denali Street
Suite 460
Anchorage, Alaska 99503
No Fax
Counsel for Defendant Shannon Rainey (D-2)

Burke Wonnell
2600 Denali Street
Suite 460
Anchorage, Alaska 99503
Fax: (907) 278-8571
Counsel for Defendant D'Andre Tolbert (D-3)

Hugh Fleischer
310 K Street
Suite 200
Anchorage, Alaska 99501
Fax: (907) 264-6602
Counsel for Defendant Damon Stevens (D-4)



**United States v. Rainey, et al**
**No. A05-0108 CR (JWS)**
**Entry Of Appearance**
**Page 2 of 3**

AFD Mike Dieni
550 West 7th Avenue
Suite 1600
Anchorage, Alaska 99501
Fax: (907) 646-3480
Counsel for Defendant Richard McKinnon (D-5)

Lance Wells
733 West 4th Avenue
Suite 308
Anchorage, Alaska 99501
Fax: (907) 277-9859
Counsel for Defendant Krista Callan (D-7)

John Pharr
733 West 4th Avenue
Suite 308
Anchorage, Alaska 99501
Fax: (907) 277-9859
Counsel for Defendant Alexander Booker (D-8)

By:_____



**United States v. Rainey, et al**
**No. A05-0108 CR (JWS)**
**Entry Of Appearance**
Page 3 of 3