# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

UNITED STATES v. JOSHUA PLUID

Case No. *A05-108-06 CR (JWS/JDR)*
3:05-**cr**-00108-06-JWS-JDR

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**
Jo Ann Mingo, Judicial Assistant Magistrate Judge's Office

## MINUTE ORDER FROM CHAMBERS

### RE: Request for Notice Pursuant to Rule 12(b)(4)(B), F.R.Cr.P., Docket No. 94

Defendant **Joshua Pluid** pursuant to Rule 12(b)(4)(B), Federal Rules of Criminal Procedure, requests notice of the government's intent to use (in its evidence-in-chief at trial) any evidence that the defendant may be entitled to discover under Rule 16, so that defendant may have an adequate opportunity to move to suppress evidence under Rule 12(b)(3)(C). Docket No. 94. The government did not file a response. Accordingly, the defendant's request is deemed well taken and the defendant's motion is hereby GRANTED. The government shall comply forthwith.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

January 9, 2006

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion. See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1). No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\2006\06 CR\3-05-cr-00108-06-JWS-JDR Pluid @94 MO Granting Mtn.wpd