Scott A. Sterling
851 Westpoint Drive
Suite 201
Wasilla, Alaska 99654
Telephone: (907) 376-8076
Fax:          (907) 376-8078
Counsel for Defendant
Joshua Price Pluid (D-5)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | A05-0108 CR (JWS) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CARLOS LEE RAINEY, a/ka Carlos | ) | |
| Likee Dishon Johnson-Rainey, "C," and "CJ:" | ) | |
| SHANNON DAWN RAINEY, a/k/a Shannon | ) | |
| Hicks; D'ANDRE TOLBERT a/k/a "Dre;" | ) | |
| DAMON STEVENS a/k/a "D'Mo;" RICHARD | ) | |
| JAMES McKINNON; JOSHUA PRICE PLUID; | ) | |
| KRISTA ANN CALLAN; ALEXANDER | ) | |
| BOOKER; ALREDO MARTINEZ a/k/a "Spike;" | ) | |
| FRANCISO MARTINEZ, a/k/a "Money;" and | ) | **DEFENDANT PLUID (D-5)** |
| ISAT HERNANDEZ, | ) | **RESPONSE RE:** |
| | ) | **ORDER RE: PREPARATION** |
| Defendants. | ) | **OF A SCHEDULING AND** |
| _____ | ) | **PLANNING ORDER** |

Excludable delay under 18 U.S.C. 3161(H), delay attributable to a filing by defendant, may occur as a result of filing the present response to the court's order re preparation of a scheduling and planning order.

**United States v. Rainey, et al**
**No. A05-0108 CR (JWS)**
**Defendant Pluid's Response**
**To Court's Order re Scheduling and Planning**
**Page 1 of 7**

Defendant Joshua Price Pluid (D-5) by and through undersigned counsel hereby files his response to the court's order regarding preparation of a scheduling and planning order, as follows.

Undersigned counsel (Scott Sterling) represents Mr. Pluid under the CJA.

1.  Mr. Pluid endorses the suggestion that interim payments under the CJA be authorized with counsel to submit vouchers for interim payments for each preceding 90-day period not later than the 10th day of the month following that interval.

2.  Mr. Pluid endorses acting jointly with other defendants to efficiently utilize centralized discovery, billing and investigative services to the extent practicable and to the extent consistent with the duty of each defense counsel to act zealously to represent the interests of his or her client.  Interim payments for CJA-21 vendor services should be submitted every 30 days.

3.  To date Mr. Pluid has received numerous CDs and a few DVDs and a fairly modest amount of paper discovery from the United States.  The discovery pertinent to the wiretap activities of the United States and its operatives is yet to be fully disclosed/transcribed.  The wiretap discovery potentially constitutes the greater portion of the total discovery production.  Counsel estimates therefore that motion practice related to the wiretap activities will be complex and time-consuming.

__United States v. Rainey, et al__
**No. A05-0108 CR (JWS)**
**Defendant Pluid's Response**
**To Court's Order re Scheduling and Planning**
**Page 2 of 7**

4.      Mr. Pluid endorses the concept of having a centralized administrative manager/paralegal be appointed under the CJA to physically retain custody of all discovery (in whatever form and in whatever quantity) in a centralized location under a centralized, shared index and list-serve, for ready access and inspection by defense counsel, expert witnesses, etc.  That concept has been implemented in other large multi-defendant criminal cases before.

5.      Mr. Pluid endorses the idea of utilizing a joint investigator or expert to the extent practicable and consistent with ethical duties of counsel.

6.      The Government should bear the cost and burden of insuring that all transcripts are promptly and accurately produced, and identify all technical problems it and its operatives experienced in obtaining electronically/digitally recorded conversations or other tangible information.

7.      Production of discovery to each defendant through his or her counsel is essential but waste may be avoided by creating a centralized repository of and for all transcripts, digitized matter etc.

8.      Requiring the Government to use e-technology for modalizing transcripts and other lengthy or duplicative matter should be considered.  Formatting all discovery in PDF form for Adobe 6.0 or greater will facilitate ease and lower the expense of production and review of discovery.

<u>United States v. Rainey, et al</u>
**No. A05-0108 CR (JWS)**
**Defendant Pluid's Response**
**To Court's Order re Scheduling and Planning**
**Page 3 of 7**

9. Mr. Pluid endorses the court's recommendation to utilize best-available fares for air travel. It is not known at this time what travel may be necessary for efficient preparation of Mr. Pluid's defense.

10. The service list is attached.

11. Mr. Pluid suggests that all dispositive motions be filed by April 15, 2006 leaving time open in the court's May calendar for any necessary evidentiary hearings. In order to effectuate that schedule it will be necessary for the United States to have completely produced all discovery not later than January 30, 2006. All non-dispositive motions should be file not later than April 1, 2006.

12. An index list of all documents by Bates number is highly desireable.

13. Mr. Pluid does not for himself or his needs require a translator.

14. Mr. Pluid recommends that the United States disclose all of its expert witness credentials, opinions and reports not later than February 15, 2006 and that the defendants produce all reciprocral expert witness matter not later than April 15, 2006.

15. Mr. Pluid endorses the court's recommendation for handling of payment of fees for discovery.

16. The use of a centralized repository is endorsed, see above.

17. Mr. Pluid takes no position concerning whether one or two trials should be held. Mr. Pluid reserves his right to seek a severance as to both offenses and co-defendants charged.

**United States v. Rainey, et al**
**No. A05-0108 CR (JWS)**
**Defendant Pluid's Response**
**To Court's Order re Scheduling and Planning**
**Page 4 of 7**

DATED this ___ day of _____, 2005 at _____, Alaska.

              Sterling & DeArmond
              Counsel for Defendant
              Joshua Pluid (D-6)

              By:_____
                Scott A. Sterling

**United States v. Rainey, et al**
**No. A05-0108 CR (JWS)**
**Defendant Pluid's Response**
**To Court's Order re Scheduling and Planning**
**Page 5 of 7**

Case 3:05-cr-00108-JWS   Document 164   Filed 01/17/2006   Page 5 of 7

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was served by (United States Mail, first-class, postage prepaid)(fax)(delivery) on the ____ day of _____, 2005 upon:

AUSA Stephan Collins
222 West 7th Avenue
Anchorage, Alaska 99513
Fax:: (907) 271-1500
Counsel for Plaintiff

Raul Mendez
Phone: (206) 264-0849
Fax:    (425) 316-6707
Counsel for Defendant Carlos Rainey (D-1)

D. Scott Dattan
2600 Denali Street
Suite 460
Anchorage, Alaska 99503
No Fax
Counsel for Defendant Shannon Rainey (D-2)

Burke Wonnell
2600 Denali Street
Suite 460
Anchorage, Alaska 99503
Fax: (907) 278-8571
Counsel for Defendant D'Andre Tolbert (D-3)

Mark Rosenbaum
4940 Byrd Lane
Suite 100
Anchorage, Alaska 99502
Fax: (907) 243-2609
Counsel for Defendant Damon Stevens (D-4)

**United States v. Rainey, et al**
**No. A05-0108 CR (JWS)**
**Defendant Pluid's Response**
**To Court's Order re Scheduling and Planning**
**Page 6 of 7**

AFD Mike Dieni
550 West 7th Avenue
Suite 1600
Anchorage, Alaska 99501
Fax: (907) 646-3480
Counsel for Defendant Richard McKinnon (D-5)

Lance Wells
733 West 4th Avenue
Suite 308
Anchorage, Alaska 99501
Fax: (907) 277-9859
Counsel for Defendant Krista Callan (D-7)

John Pharr
733 West 4th Avenue
Suite 308
Anchorage, Alaska 99501
Fax: (907) 277-9859
Counsel for Defendant Alexander Booker (D-8)

By:_____

**United States v. Rainey, et al**
**No. A05-0108 CR (JWS)**
**Defendant Pluid's Response**
**To Court's Order re Scheduling and Planning**
**Page 7 of 7**