LAW OFFICES OF D. SCOTT DATTAN
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
Phone:  (907) 276-8008

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|      Plaintiff, | ) |
| vs. | ) |
| | ) |
| CARLOS  RAINEY, et al | ) |
| | ) |
|      Defendant. | ) |
| _____ | ) Case No. 3:05-cr-108-JWS |

## <u>ORDER</u>

Defendants' motion to have the Government certify that all discovery to which the defendants are entitled under Criminal Rule 16 has been provided is well-taken.  IT IS THEREFORE ORDERED that the Government so certify or indicate a date upon which discovery will be complete.


DATED: _____        _____
                                          JOHN W. SEDWICK
                                          UNITED STATES DISTRICT JUDGE