## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

  UNITED STATES OF AMERICA   v.   JOSHUA PRICE PLUID

THE HONORABLE JOHN W. SEDWICK

DEPUTY CLERK                            CASE NO.  3:05-cr-00108-06-JWS

 Pam Richter

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**      DATE: May 23, 2006

       The above-referenced matter had been set on for a jury trial to commence on June 5, 2006, before Judge Sedwick at Anchorage, Alaska. This matter is now RESCHEDULED for a proposed change of plea on Tuesday, May 30, 2006, at 8:00 a.m..

       The June 5, 2006, final pre-trial conference and trial by jury as to this defendant are hereby VACATED.

[]{IK2.WPD*Rev.12/96}