IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | A05-0108 CR (JWS) |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | **RE:** |
| | ) | **DEFENDANT** |
| JOSHUA PLUID, et al., | ) | **JOSHUA** |
| | ) | **PLUID'S** |
| Defendants. | ) | **MOTION FOR** |
| _____) | | **HEARING** |

IT IS ORDERED that defendant Pluid's motion for an evidentiary hearing on certain disputed issues of fact relevant to sentencing is GRANTED. That hearing will commence at the hour of \_\_\_\_\_:\_\_\_\_\_a.m. on _____, 2006.

DATED this \_\_\_ day of _____, 2006 at Anchorage, Alaska.

_____
John W. Sedwick
U.S. District Judge

**United States v. Rainey, et al**
**No. A05-0108 CR (JWS)**
**Order re:**
**Defendant Joshua Pluid's**
**Motion For Hearing**
**Page 1 of 3**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served by means of the ECF system on the 29th day of September, 2006 upon:

AUSA Stephan Collins
222 West 7th Avenue
Anchorage, Alaska 99513
Fax:: (907) 271-1500
Counsel for Plaintiff

Raul Mendez
Phone: (206) 264-0849
Fax:    (425) 316-6707
Counsel for Defendant Carlos Rainey (D-1)

D. Scott Dattan
2600 Denali Street
Suite 460
Anchorage, Alaska 99503
No Fax
Counsel for Defendant Shannon Rainey (D-2)

Burke Wonnell
2600 Denali Street
Suite 460
Anchorage, Alaska 99503
Fax: (907) 278-8571
Counsel for Defendant D'Andre Tolbert (D-3)

Mark Rosenbaum
4940 Byrd Lane
Suite 100
Anchorage, Alaska 99502
Fax: (907) 243-2609
Counsel for Defendant Damon Stevens (D-4)

**United States v. Rainey, et al**
**No. A05-0108 CR (JWS)**
**Order re:**
**Defendant Joshua Pluid's**
**Motion For Hearing**
**Page 2 of 3**

AFD Mike Dieni
550 West 7th Avenue
Suite 1600
Anchorage, Alaska 99501
Fax: (907) 646-3480
Counsel for Defendant Richard McKinnon (D-5)

Lance Wells
733 West 4th Avenue
Suite 308
Anchorage, Alaska 99501
Fax: (907) 277-9859
Counsel for Defendant Krista Callan (D-7)

John Pharr
733 West 4th Avenue
Suite 308
Anchorage, Alaska 99501
Fax: (907) 277-9859
Counsel for Defendant Alexander Booker (D-8)

By: /s/ Scott A. Sterling

**<u>United States v. Rainey, et al</u>**
**No. A05-0108 CR (JWS)**
**Order re:**
**Defendant Joshua Pluid's**
**Motion For Hearing**
**Page 3 of 3**