IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | A05-0108 CR (JWS) |
| | ) | |
| Plaintiff, | ) | |
| | ) | **AFFIDAVIT** |
| vs. | ) | **RE:** |
| | ) | **DEFENDANT** |
| JOSHUA PLUID, et al., | ) | **JOSHUA** |
| | ) | **PLUID'S** |
| Defendants. | ) | **MOTION FOR** |
| _____ | ) | **HEARING** |

Joshua Pluid swears on oath as follows:

1.  I submit this affidavit in support of my motion for an evidentiary hearing concerning specified issues of fact relevant to my sentencing in the above-captioned matter.

2.  The facts and circumstances concerning those issues, as outlined in my objections to the draft Presentence Report and my motion for hearing, are all true, correct and complete to the best of my information and belief.

3.  I believe that those issues are relevant to the computation of the advisory U.S. Sentencing Guideline sentence in my case, and may be relevant to the computation or fashioning of my actual sentence, as will soon be imposed by this court.

4.  For those reasons I move for an evidentiary hearing to resolve those issues prior to sentence being imposed.

**United States v. Rainey, et al**
**No. A05-0108 CR (JWS)**
**Affidavit re:**
**Defendant Joshua Pluid's**
**Motion For Hearing**
**Page 1 of 5**

FURTHER YOUR AFFIANT SAYETH NAUGHT.

/s/ Joshua P. Pluid_____
Joshua P. Pluid

SUBSCRIBED AND SWORN to before me this 29th day of September, 2006 at Anchorage, Alaska.

_____
NOTARY PUBLIC in and for Alaska
My Commission Expires:_____

**No notary available**

**United States v. Rainey, et al**
**No. A05-0108 CR (JWS)**
**Affidavit re:**
**Defendant Joshua Pluid's**
**Motion For Hearing**
**Page 2 of 5**

DATED this 29th day of September, 2006 at Wasilla, Alaska.

        Sterling & DeArmond
        Counsel for Defendant
        Joshua Pluid (D-6)

By: s/  Scott A. Sterling
        Scott A. Sterling
        Sterling & Dearmond
        851 Westpoint Drive, Suite 201
        Wasilla, Alaska 99654
        Telephone: (907) 376-8076
        Fax:          (907) 376-8078
Email: scottsterling@alaskalawyers.net
        Bar No. 8706053

**United States v. Rainey, et al**
**No. A05-0108 CR (JWS)**
**Affidavit re:**
**Defendant Joshua Pluid's**
**Motion For Hearing**
**Page 3 of 5**

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was served by means of the ECF system on the 29th day of September, 2006 upon:

AUSA Stephan Collins
222 West 7th Avenue
Anchorage, Alaska 99513
Fax:: (907) 271-1500
Counsel for Plaintiff

Raul Mendez
Phone: (206) 264-0849
Fax:    (425) 316-6707
Counsel for Defendant Carlos Rainey (D-1)

D. Scott Dattan
2600 Denali Street
Suite 460
Anchorage, Alaska 99503
No Fax
Counsel for Defendant Shannon Rainey (D-2)

Burke Wonnell
2600 Denali Street
Suite 460
Anchorage, Alaska 99503
Fax: (907) 278-8571
Counsel for Defendant D'Andre Tolbert (D-3)

Mark Rosenbaum
4940 Byrd Lane
Suite 100
Anchorage, Alaska 99502
Fax: (907) 243-2609
Counsel for Defendant Damon Stevens (D-4)


**United States v. Rainey, et al**
**No. A05-0108 CR (JWS)**
**Affidavit re:**
**Defendant Joshua Pluid's**
**Motion For Hearing**
**Page 4 of 5**

AFD Mike Dieni
550 West 7th Avenue
Suite 1600
Anchorage, Alaska 99501
Fax: (907) 646-3480
Counsel for Defendant Richard McKinnon (D-5)

Lance Wells
733 West 4th Avenue
Suite 308
Anchorage, Alaska 99501
Fax: (907) 277-9859
Counsel for Defendant Krista Callan (D-7)

John Pharr
733 West 4th Avenue
Suite 308
Anchorage, Alaska 99501
Fax: (907) 277-9859
Counsel for Defendant Alexander Booker (D-8)

By:/s/ Scott A. Sterling

**United States v. Rainey, et al**
**No. A05-0108 CR (JWS)**
**Affidavit re:**
**Defendant Joshua Pluid's**
**Motion For Hearing**
**Page 5 of 5**