**MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA     v.     JOSHUA PRICE PLUID

THE HONORABLE JOHN W. SEDWICK     CASE NO.     3:05-cr-00108-06-JWS

    Deputy Clerk
    Robin M. Carter

APPEARANCES:     for PLAINTIFF:     ----

               for DEFENDANT:     ----

PROCEEDINGS:     **ORDER FROM CHAMBERS**

        The motion for evidentiary hearing at docket 453 is **GRANTED**, and as a consequence, the time for the sentencing hearing in this case is moved from 9:30 AM to 2:00 PM on October 6, 2006.

DATE: October 2, 2006

ENTERED AT JUDGE'S DIRECTION
INITIALS: rmc
Deputy Clerk

[FORMS*IA*]