NELSON P. COHEN
United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov
AK Bar No. 8911061

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOSHUA PRICE PLUID, ) <br> ) <br> Defendant. ) <br> ) | Case 3:05-CR-00108-6-JWS <br><br> <u>UNITED STATES SENTENCING<br>MEMORANDUM</u> |

**SUMMARY OF SENTENCING RECOMMENDATIONS**

**TERM OF IMPRISONMENT** . . . . . . . . . . . . . . . . . . . . . . . **195 MONTHS**

**TERM OF SUPERVISED RELEASE** . . . . . . . . . . . . . . . . . . . **4 YEARS**

**FINE** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **$0.00**

**SPECIAL ASSESSMENT** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $200.00

The United States Probation Office [USPO] has prepared the presentence report [PSR] in this case and the United States does not dispute the factual findings the USPO has made. The United States will rely upon the factual statements in the PSR in making its sentencing recommendations.

Following his pleas of guilty, the defendant stands convicted of one count of conspiracy, in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(B) and one count of possession of a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c). The USPO has recommended the Court find the defendant's total adjusted offense level for the counts of conviction to be 31and that, with the defendant's criminal history category classification of III, the defendant's sentence range to be between 135 and 168 months of imprisonment on the conspiracy charge and 60 months on the firearms charge, the two terms of imprisonment to run consecutive to one another.

The USPO has accurately assessed the information the United States developed as part of its investigation in this matter and has accurately set forth in the PSR the background information of the defendant's criminal activities. If

necessary, the United States is prepared to present evidence to support the information contained in the pre-sentence report.

In accordance with the U.S.S.G. and the sentencing factors set forth in 18 U.S.C. § 3553, the United States recommends a sentence 135 months of imprisonment on the conspiracy charge and a sentence of 60 months on the firearms charge, a special assessment of $200.00, and a term of four years supervised release. The United States does not recommend the imposition of a fine, based on the defendant's apparent current or foreseeable ability to pay a substantial fine.

The United States recommends this consecutive term of imprisonment because of the seriousness of the defendant's drug trafficking activities coupled with the seriousness of the defendant's firearms offenses, which were interrelated. The defendant poses a substantial risk of violence to the community based on his repeated involvement with firearms during the course of the investigation. In an unrelated incident to the investigation but during the time of the investigation, the defendant shot another person, which according to the victim of the shooting could very nearly have resulted in either death or serious bodily injury. The Untied States is further prepared to present evidence to substantiate a finding that the defendant

is a violent person who should be incarcerated for at least the term the United States has recommended.

RESPECTFULLY SUBMITTED this day, October 2, 2006, in Anchorage, Alaska.

> NELSON P. COHEN
> United States Attorney
>
> s/Stephan A. Collins
> Assistant U.S. Attorney
> 222 West 7th Ave., #9, Rm. 253
> Anchorage, AK 99513-7567
> Phone: (907) 271-5071
> Fax: (907) 271-1500
> E-mail: stephan.collins@usdoj.gov
> AK # 8911061

**CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2006
a copy of the foregoing was served
electronically:


s/ Stephan A. Collins