```
                  MINUTES OF THE UNITED STATES DISTRICT COURT
                              DISTRICT OF ALASKA
```

U.S.A. vs. <u>JOSHUA PRICE PLUID</u>      CASE NO. <u>3:05-cr-00108-06-JWS</u>
Defendant:  <u>X</u> Present  <u>X</u> In Custody

BEFORE THE HONORABLE:          <u>JOHN W. SEDWICK</u>

DEPUTY CLERK/RECORDER:         <u>APRIL KARPER</u>

UNITED STATES' ATTORNEY:       <u>STEPHAN COLLINS</u>

DEFENDANT'S ATTORNEY:          <u>SCOTT STERLING</u>

U.S.P.O.:                      <u>BARBARA BURTON</u>

PROCEEDINGS: (EVIDENTIARY HEARING) / IMPOSITION OF SENTENCE
             HELD OCTOBER 6, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:11 p.m. court convened.

 <u>X</u> Notice of Appeal form given to defendant.

 <u>X</u> Court stated findings/reasons pursuant to sentencing
    guidelines.

 <u>X</u> Imprisonment for a period of <u>144 months. This term consists of</u>
    <u>84 months on Count 1 and 60 months on Count 11, all such terms</u>
    <u>to run consecutive.</u>

 <u>X</u> Defendant placed on supervised release for a period of <u>6</u>
    years on each of Counts 1 and 11, all such terms to run
    concurrent under the usual terms and conditions with special
    conditions of supervised release as stated in the judgment.

 <u>X</u> Special Assessment $<u>200.00</u>, due <u>immediately.</u>

 <u>X</u> Defendant remanded to the custody of the U.S. Marshal.

 <u>X</u> On motion of the U.S. Attorney, remaining counts <u>5, 6, 8, and</u>
    <u>10</u> of the Indictment **DISMISSED**.

 <u>X</u> OTHER: <u>Court and counsel heard re presentence report; Court</u>
<u>adopted the presentence report. Court accepted the Plea</u>
<u>Agreement. Appeal rights give. Payment Coupon given to defendant.</u>

At 3:05 p.m. court adjourned.


DATE:     <u>October 6, 2006</u>      DEPUTY CLERK'S INITIALS:    <u>ak</u>