IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:05-cr-108 (JWS) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JOSHUA PRICE PLUID, et al, | ) | |
| | ) | |
| Defendants. | ) | |
| _____) | | **NOTICE OF APPEAL** |

Defendant Joshua Price Pluid hereby appeals from the judgment of conviction and sentence entered against him by the United States District Court for the District of Alaska, to the United States Court of Appeals for the Ninth Circuit.

DATED this 13th day of October, 2006 at Anchorage, Alaska.

>  Sterling & DeArmond
>  Counsel for Defendant
>  Joshua Pluid (D-6)
>
>  By:/s/ Scott A. Sterling
>  Scott A. Sterling
>  Sterling & Dearmond
>  851 Westpoint Drive, Suite 201
>  Wasilla, Alaska 99654
>  Telephone: (907) 376-8076
>  Fax:       (907) 376-8078
>  scottsterling@alaskalawyers.net

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing document was served on October 13, 2006 by means of the ECF system upon:

AUSA Stephan Collins
222 West 7th Avenue
Anchorage, Alaska 99513
Fax:: (907) 271-1500
Counsel for Plaintiff
Stephan.Collins@usdoj.gov.

By: /s/ Scott A. Sterling