RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

OCT 2 6 2006

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

FILED 10 26 06   M.J.
DOCKETED 10 31 06   M.J.
INITIAL

**CASE INFORMATION:**
Short Case Title: U.S.A. v Joshua Price Pluid
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: John W. Sedwick; 3:05-cr-00108-06-JWS
Date Complaint/Indictment/Petition Filed: 11/16/05
Date Appealed Order/Judgment *entered*: 10/11/06
Date NOA *filed*: 10/13/06
COA Status (check one):
__granted in full (attach order)   __denied in full (send record)
__granted in part (send record)   __pending

**06-30575**

**RECEIVED**

NOV 0 6 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Court Reporter(s) Name and Phone Number: April M Karper, 677-6102

Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: __   Date Docket Fee billed: __
Date FP granted: __   Date FP denied: __
Is FP pending? __   Was FP Limited/Revoked?
US Government Appeal? __
Companion Cases? Please list: __

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
| Appellate Counsel: | Appellee Counsel: |
|---|---|
| Scott A. Sterling | Stephan A. Collins |
| 851 Westpoint Drive, Ste 201 | 222 West 7th Ave., #9 |
| Wasilla, AK  99654 | Anchorage, AK  99513 |
| scottsterling@alaskalawyers.net | Stephan.Collins@usdoj.gov |
| Fax 907-376-8078 | Fax 907-271-1500 |

__retained   X CJA   __FPD   __FPD   __Other   Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: __   Address: __
Custody: XX
Bail: __

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __   9th Circuit Docket Number: __

Name and phone number of person completing this form: Robin M. Carter
907-677-6127