# UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

TRANSCRIPT DESIGNATION FORM

RECEIVED
NOV 13 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

U.S. Court of Appeals # __06-30575__    U.S. District Court # __CR-05-0108-A-JWS__
Short Case Title __United States v. Joshua Pluid__
Date Notice of Appeal Filed by Clerk of District Court __10-20-06 (revised date)__

Section A - To Be completed by Party Ordering Transcript

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| | | ~~VOIR DIRE~~ |
| | | ~~OPENING STATEMENTS~~ |
| | | ~~SETTLEMENT INSTRUCTIONS~~ |
| | | ~~CLOSING ARGUMENTS~~ |
| | | ~~JURY INSTRUCTIONS~~ |
| Change of Plea Hg - 5-30-06 | | ~~PRE-TRIAL PROCEEDINGS~~ |
| Sentencing Hg - 10-6-06 | | (OTHER) |

(Attach Additional Page for Designations if Necessary)

( ) As retained counsel I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. **I have attached a completed AO-435, Transcript Order Form, to this designation for purposes of ordering the transcript(s)**.

( ) I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. The transcripts have previously been produced and are already on file with the court.

( ) I do not intend to designate any portion of the transcript and will notify counsel of this intention.

(X) As appointed counsel I certify that an appropriate order, i.e., CJA-24, authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the Court. I agree to recommend payment for work done prior to cancellation of this order.

Date Transcript Ordered __11-10-06__    Estimated Date for Completion __30 days__
Signature of Attorney __[signature]__    Phone Number __907 376 8076__
Address __651 Westpoint Drive, Ste. 201, Wasilla, AK. 99654__

Section B - To Be Completed by Court Reporter

I, _____, have received this designation.
       (Signature of Court Reporter)

( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).
    Approximate Number of Pages _____    Due Date _____

Section C - To Be Completed by Court Reporter
    Date Transcript Filed _____   Court Reporter's Signature _____

(Trscrpt.des)

USDCA - Form 46 (revised 10/04)