UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date:     5/9/07

To: United States Court of Appeals         ATTN: ( ) CIVIL
    For the Ninth Circuit
    Office of the Clerk                             (XX) CRIMINAL
    95 Seventh Street
    San Francisco, California 94103                ( )JUDGE

From: U.S. District Court - District of Alaska
    222 W. 7th Ave., Room 229
    Anchorage, AK  99513


DC No:  3:05-cr-00108-06-JWS             Appeal No: 06-30575

Short title:  USA v. PLUID

Composition of Record

Clerk's Files in     3     volumes    (XX) original  ( ) certified copy

    Bulky docs.         volumes, docket # _____
                             (folders)

Reporter's   in _____ volumes    ( ) original    ( )certified copy
Transcripts

Exhibits:   in _____ envelopes    ( ) under seal

       in _____ boxes          ( ) under seal

Other:  1 volume SEALED; dkt #s 146 - 615 docketed in ECF and available through the PACER system.


Acknowledgement: _____   Date: _____

"record.app" [11/21/97]