UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED
JUL 31 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>JOSHUA PRICE PLUID,<br><br>Defendant - Appellant. | No. 06-30575<br><br>D.C. No. CR-05-00108-A-JWS<br>District of Alaska, Anchorage<br><br>ORDER |
|---|---|



RECEIVED
AUG 02 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Before: Peter L. Shaw, Appellate Commissioner.

The motion of Scott A. Sterling, Esq., 851 East Westpoint Drive, Wasilla, Alaska 99654, (907) 376-8076, to withdraw as counsel is granted. Appellant's motion for appointment of new counsel is granted. New counsel will be appointed by separate order.

The Clerk shall serve a copy of this order on Richard Curtner, Federal Public Defender, 601 West Fifth Avenue, Suite 800, Anchorage, Alaska 99501-2221, who will locate appointed counsel. The district court shall provide the Clerk of this court with the name and address of appointed counsel by facsimile transmission (FAX: (415) 355-8111) within 14 days of locating counsel.

The Clerk shall also serve copies of appellant's opening brief and excerpts of record, filed on May 3, 2007, on Mr. Curtner for referral to new counsel. Within 42 days after the date of this order, new counsel shall inform the court whether counsel wishes to proceed with the opening brief and excerpts already filed or if counsel wishes to file a new opening brief or new excerpts or both.

06-30575

A new briefing schedule will be set upon receipt of new counsel's response to this order.

The Clerk shall serve this order on former counsel.

**REDACTED SIGNATURE**

General Order 6.3(e)