**FILED**

SEP 18 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 06-30575 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-05-00108-A-JWS |
| v. | District of Alaska, Anchorage |
| JOSHUA PRICE PLUID, | ORDER |
| Defendant - Appellant. | |

**RECEIVED**

SEP 21 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

The motion of counsel Allison Mendel, Esq., for an extension of time within which to respond to the July 31, 2007 order is granted. No later than September 28, 2007, counsel Mendel shall inform the court whether counsel wishes to proceed with the opening brief and excerpts already filed or if counsel wishes to file a new opening brief or new excerpts or both.

A new briefing schedule will be set upon receipt of new counsel's response to this order.

For the Court:

Signature Redacted

Adrienne H. Hickman
Deputy Clerk
Ninth Cir. R. 27-7
General Orders/Appendix A

S:\MOATT\Clrkords\09-07\ahh\06-30575.wpd