**FILED**
SEP 26 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 06-30575 |
| Plaintiff - Appellee, | D.C. No. CR-05-00108-A-JWS<br>District of Alaska, |
| v. | Anchorage |
| JOSHUA PRICE PLUID, | ORDER |
| Defendant - Appellant. | |

**RECEIVED**
SEP 28 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Before: Peter L. Shaw, Appellate Commissioner

The motion by Allison Mendel, appointed counsel under the Criminal Justice Act, requesting authorization of 30 hours of paralegal services at a billable rate of $29.75 per hour is granted. The amount of services billed shall not exceed $1,000. Counsel should utilize the enclosed CJA-21 voucher form to accomplish payment directly by the court to the paralegal.

**Signature Redacted**

General Order 6.3(e)