UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
OCT 05 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 06-30575 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-05-00108-A-JWS |
| v. | District of Alaska, Anchorage |
| JOSHUA PRICE PLUID, | ORDER |
| Defendant - Appellant. | |

RECEIVED
OCT 12 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

The court is informed that appellant will proceed with the opening brief and excerpts of record filed on May 3, 2007. Accordingly, appellee's answering brief is due within 30 days after the date of this order. Appellant's optional reply brief is due within 14 days after service of the answering brief.

For the Court



**SIGNATURE REDACTED**

Nanette Won
Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

S:\MOATT\Clrkords\10-07\nw\06-30575.wpd