UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 12 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>JOSHUA PRICE PLUID,<br><br>Defendant - Appellant. | No. 06-30575<br>D.C. No. CR-05-00108-A-JWS<br>District of Alaska, Anchorage<br><br>**MANDATE** |

**RECEIVED**
MAY 1 5 2008
**CLERK, U.S. DISTRICT COURT**
**ANCHORAGE, A.K.**

The judgment of this Court, entered 4/18/08, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Lee-Ann Collins
Deputy Clerk

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## United States Court of Appeals for the Ninth Circuit

**Notice of Docket Activity**

The following transaction was entered on 05/12/2008 at 12:10:11 PM PDT and filed on 05/12/2008

| | |
|---|---|
| **Case Name:** | USA v. Pluid |
| **Case Number:** | 06-30575 |
| **Document(s):** | Document(s) |

**Docket Text:**
MANDATE ISSUED.(BBF, RCF and RAP)

The following document(s) are associated with this transaction:
**Document Description:** Mandate Letter
**Original Filename:** /opt/ACECF/live/forms/leeann_0630575_6528457_MandateForm_108.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1106763461 [Date=05/12/2008] [FileNumber=6528457-0]
[87eaa13cc0db83941c33b074e4c1b575dff35635560be22601e3b8cfecc300461dffb114ed5f1b6d169ca4d:
**Recipients:**

- Collins, Stephan A., Attorney
- Farrington, Jo Ann, Assistant U.S. Attorney
- Mendel, Allison E., Attorney
- USDC, Anchorage

**Notice will be electronically mailed to:**

Collins, Stephan A., Attorney
Farrington, Jo Ann, Assistant U.S. Attorney

**Notice will be mailed to:**

Mendel, Allison E., Attorney
MENDEL & ASSOCIATES
1215 W. 8th Ave.
Anchorage, AK 99501-0000

USDC, Anchorage
District of Alaska (Anchorage)
222 West 7th Avenue
Anchorage, AK 99513-9513