**FILED**

APR 18 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff - Appellee,<br><br>v.<br><br>JOSHUA PRICE PLUID,<br><br>      Defendant - Appellant. | No. 06-30575<br><br>D.C. No. CR-05-00108-JWS<br>District of Alaska,<br>Anchorage<br><br>ORDER |

Before: B. FLETCHER, FISHER and PAEZ, Circuit Judges.

Appellant's unopposed motion to remand for resentencing is granted. This case is remanded for resentencing on the period of supervised release.

**VACATED and REMANDED.**

SNR/MOATT