Allison Mendel
Mendel & Associates
1215 W. 8th Avenue
Anchorage, Alaska 99501
(907) 279-5001
(907) 279-5437 Fax
Attorney for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>  Plaintiff, )<br>  )<br> v. )<br>  )<br> JOSHUA PRICE PLUID, )<br>  )<br>  Defendant/. )<br>_____ ) | DC No. CR-05-00108-A-JWS<br>Alaska (Anchorage) |

**MOTION ON SHORTENED TIME FOR WITHDRAWAL OF ATTORNEY**

COMES NOW Allison Mendel of Mendel & Associates, the CJA appointed counsel for defendant Joshua Pluid, and moves the Court to allow the withdrawal of counsel so that defendant can be appointed new counsel to represent him in the remand of his case in the District Court. Current counsel represented defendant for the purpose of his appeal to the Ninth Circuit Court and does not represent clients in District Court criminal cases.

MENDEL & ASSOCIATES
ATTORNEYS AT LAW
1215 WEST EIGHTH AVENUE
ANCHORAGE, ALASKA 99501
(907) 279-5001

MOTION ON SHORTENED TIME TO ALLOW WITHDRAWAL OF ATTORNEY – Page 1
*USA V. JOSHUA PRICE PLUID*, Case No. CR-05-00108-A-JWS

<table>
<tr><td>Dated: August 19, 2008</td><td>/s/ Allison E. Mendel<br>Allison E. Mendel<br>Mendel & Associates<br>1215 West 8th Avenue<br>Anchorage, AK 99501<br>(907) 279-5001<br>(907) 279-5437 Fax<br>amendel@mendelandassociates.com<br>Attorney for Defendant</td></tr>
</table>

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 19, 2008, the foregoing proposed Motion to Allow Withdrawal of Attorney was filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants: Stephan Collins and Richard Pomeroy, a Word version of this order served on Judge Sedwick by email and a copy was mailed to defendant Joshua Pluid.

By: Michele Buwalda, paralegal for Mendel & Associates

MENDEL & ASSOCIATES
ATTORNEYS AT LAW
1215 WEST EIGHTH AVENUE
ANCHORAGE, ALASKA 99501
(907) 279-5001