Allison Mendel
Mendel & Associates
1215 W. 8th Avenue
Anchorage, Alaska 99501
(907) 279-5001
(907) 279-5437 Fax
Attorney for Defendant

MENDEL & ASSOCIATES
ATTORNEYS AT LAW
1215 WEST EIGHTH AVENUE
ANCHORAGE, ALASKA 99501
(907) 279-5001

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| JOSHUA PRICE PLUID, ) | |
| ) | |
| Defendant. ) | DC No. CR-05-00108-A-JWS |
| _____ ) | Alaska (Anchorage) |

**ORDER ALLOWING WITHDRAWAL OF ATTORNEY**

Allison Mendel's Motion to Allow Withdrawal of Attorney is GRANTED.

DATE: _____      _____
                                JOHN W. SEDWICK
                                DISTRICT COURT JUDGE

CERTIFICATE OF SERVICE
The undersigned hereby certifies that on August 19, 2008, the foregoing proposed Order Allowing Withdrawal of Attorney was filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants: Stephan Collins and Richard Pomeroy, a Word version of this order served on Judge Sedwick by email, and a copy was mailed to defendant Joshua Pluid.
By: Michele Buwalda, paralegal for Mendel & Associates.

ORDER ALLOWING WITHDRAWAL OF ATTORNEY – Page 1
*USA V. JOSHUA PRICE PLUID*, Case No. CR-05-00108-A-JWS